**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Leandra SMITH, a/k/a Leanra Smith, a/k/a Rhonda L. Barber, Defendant—Appellant.**

**No. 07–7769.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 26, 2008.

Decided: April 8, 2008.

Leandra Smith, Appellant Pro Se. David Alan Brown, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leandra Smith seeks to appeal the district court order dismissing her pro se petition to vacate her criminal judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*